UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-20394-JB

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

      Plaintiffs,

v.

BARRY N. BURAK, D.C. and AFFILIATED
HEALTHCARE CENTERS, INC.,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the stipulation of dismissal with prejudice submitted by the Parties in ECF No. [24], in which they stipulate that "Plaintiffs' claims against Defendants are dismissed, with prejudice and without costs . . . ." *Id.* at 1. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 30th day of May, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE